THE TRIBUNE ASSOCIATION, Respondent, *v.* A. BURDETT SMITH, Appellant.

(Argued January 26, 1877; decided February 6, 1877.)

*Wm. Rosenblatt* for the appellant.

*Charles D. Adams* for the respondent.

AGREE to dismiss appeal. No opinion.

All concur.

Appeal dismissed.